# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

143977 & (8)(9)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                          SC:  143977
                                                           COA:  305815
                                                           Oakland CC:  2008-223679-FH

GRADY VERNARD HUDSON,
            Defendant-Appellant.

_____/

    On order of the Court, the motion to add an additional issue is GRANTED. The application for leave to appeal the October 14, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand to the Court of Appeals for further briefing is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
                    Clerk

y0227